# FINANCIAL DISCLOSURE REPORT
## FOR CALENDAR YEAR 2014

Report Required by the Ethics
in Government Act of 1978
(5 U.S.C. app. §§ 101-111)

| 1. Person Reporting (last name, first, middle initial) | 2. Court or Organization | 3. Date of Report |
|---|---|---|
| Reade, Linda R. | District Court ND Iowa | 08/01/2015 |

| 4. Title (Article III judges indicate active or senior status; magistrate judges indicate full- or part-time) | 5a. Report Type (check appropriate type) | 6. Reporting Period |
|---|---|---|
| U.S. District Judge - Active | ☐ Nomination Date <br> ☐ Initial ☑ Annual ☐ Final <br> 5b. ☐ Amended Report | 01/01/2014 <br> to <br> 12/31/2014 |

**7. Chambers or Office Address**

U.S. Courthouse
111 7th Ave SE
Cedar Rapids, IA 52401

***IMPORTANT NOTES:*** *The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information.*

## I. POSITIONS. *(Reporting individual only; see pp. 9-13 of filing instructions.)*

☑ **NONE** *(No reportable positions.)*

| POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|
| 1. | |
| 2. | |
| 3. | |
| 4. | |
| 5. | |

## II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of filing instructions.)*

☐ **NONE** *(No reportable agreements.)*

| DATE | PARTIES AND TERMS |
|---|---|
| 1. 08/01/93 | State of Iowa and filer-Iowa Judicial Retirement Plan. The state is paying me retirement income as of February 2013. |
| 2. | |
| 3. | |

| Name of Person Reporting | Date of Report |
|---|---|
| Reade, Linda R. | 08/01/2015 |

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of filing instructions.)*

### A. Filer's Non-Investment Income

☐ NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE | INCOME (yours, not spouse's) |
|---|---|---|
| 1. 2014 | State of Iowa judicial retirement income--paid monthly beginnning 2/27/13 | $31,958.00 |
| 2. | | |
| 3. | | |
| 4. | | |

### B. Spouse's Non-Investment Income - *If you were married during any portion of the reporting year, complete this section.*
*(Dollar amount not required except for honoraria.)*

☐ NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE |
|---|---|
| 1. 2014 | Bradshaw Fowler Proctor & Fairgrave, PC - professional fees and buy out |
| 2. | |
| 3. | |
| 4. | |

## IV. REIMBURSEMENTS -- *transportation, lodging, food, entertainment.*
*(Includes those to spouse and dependent children; see pp. 25-27 of filing instructions.)*

☑ NONE *(No reportable reimbursements.)*

| | SOURCE | DATES | LOCATION | PURPOSE | ITEMS PAID OR PROVIDED |
|---|---|---|---|---|---|
| 1. | | | | | |
| 2. | | | | | |
| 3. | | | | | |
| 4. | | | | | |
| 5. | | | | | |

## V. GIFTS. *(Includes those to spouse and dependent children; see pp. 28-31 of filing instructions.)*

☑ NONE *(No reportable gifts.)*

| | SOURCE | DESCRIPTION | VALUE |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

## VI. LIABILITIES. *(Includes those of spouse and dependent children; see pp. 32-33 of filing instructions.)*

☑ NONE *(No reportable liabilities.)*

| | CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Reade, Linda R. | 08/01/2015 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 1. US Bank Accounts | A | Interest | L | T | | | | | |
| 2. CSCO Stock | A | Dividend | J | T | | | | | |
| 3. Medtronic Inc. Stock | A | Dividend | J | T | | | | | |
| 4. Deferred Comp Plan | A | Int./Div. | J | T | | | | | |
| 5. -Stock Index Fund-Valic | | None | | | | | | | |
| 6. -Science & Technology Fund-Valic | | None | | | | | | | |
| 7. -Putnam New Opportunity Fund-Valic | | None | | | | | | | |
| 8. -Putnam Global Gr Fund-Valic | | None | | | | | | | |
| 9. -American Cent Ultra Fund-Valic | | None | | | | | | | |
| 10. Retirement Account | E | Int./Div. | P1 | T | | | | | |
| 11. -Schwab Money Market Fund | | | | | | | | | |
| 12. -AT&T (T) | | | | | | | | | |
| 13. -Altria Group, Inc (MO) | | | | | | | | | |
| 14. -Amedisys Inc.(AMED) | | | | | Sold | 01/07/14 | J | | |
| 15. -American Airlines (AAL) | | | | | Buy | 06/11/14 | K | | |
| 16. -American Int'l Grp (AIG) | | | | | Buy | 08/28/14 | L | | |
| 17. -Annaly Capital Mgmt Reit (NLY) | | | | | | | | | |

| | | | | | |
|---|---|---|---|---|---|
| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Reade, Linda R. | 08/01/2015 |

## VII. INVESTMENTS and TRUSTS — income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 18.  -Apple (APPL) | | | | | | | | | |
| 19.  -Applied Materiasls (AMAT) | | | | | Buy | 04/17/14 | J | | |
| 20. | | | | | Buy (add'l) | 11/14/14 | K | | |
| 21.  -AuricoGold Inc (AUQ) | | | | | | | | | |
| 22.  -Bank of America (BAC) | | | | | Buy | 09/22/14 | K | | |
| 23.  -Barrick Gold Corp (ABX) | | | | | | | | | |
| 24.  -Berkshire Hathaway | | | | | | | | | |
| 25.  -Blackrock Health Sciences Fund (SHSAX) | | | | | | | | | |
| 26.  -Blackrock Build Am (BBN) | | | | | Buy (add'l) | 03/06/14 | K | | |
| 27.  -Blackstone Grp (BX) | | | | | Buy (add'l) | 02/26/14 | K | | |
| 28. | | | | | Sold (part) | 04/04/14 | K | | |
| 29. | | | | | Buy (add'l) | 04/07/14 | K | | |
| 30. | | | | | Buy (add'l) | 04/10/14 | J | | |
| 31. | | | | | Sold (part) | 04/22/14 | K | | |
| 32. | | | | | Buy (add'l) | 04/28/14 | K | | |
| 33. | | | | | Sold | 06/04/14 | L | | |
| 34.  -Boeing (BA) | | | | | Buy | 12/29/14 | K | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| 2. Value Codes (See Columns C1 and D3) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Reade, Linda R. | 08/01/2015 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 35.  -British Petro (BP) | | | | | Buy | 06/02/14 | L | | |
| 36.  -Canadian Oil (COSWF) | | | | | | | | | |
| 37.  -Carlyle Grp (CG) | | | | | Buy (add'l) | 03/04/14 | K | | |
| 38. | | | | | Sold (part) | 04/04/14 | K | | |
| 39. | | | | | Buy (add'l) | 04/07/14 | K | | |
| 40. | | | | | Sold (part) | 04/22/14 | K | | |
| 41. | | | | | Buy (add'l) | 11/14/14 | K | | |
| 42.  -Chemtura (CHMT) | | | | | Buy | 06/19/14 | K | | |
| 43.  -Citigroup (CIT) | | | | | Buy | 10/06/14 | K | | |
| 44.  -Cleanpath Resources (CLNP) | | | | | | | | | |
| 45.  -Cliffs Nat Resources | | | | | Buy | 05/30/14 | K | | |
| 46. | | | | | Sold | 12/17/14 | J | | |
| 47.  -Cytokinetics Inc (CYTK) | | | | | Buy | 12/29/14 | K | | |
| 48.  -DDR Corp | | | | | Buy | 04/04/14 | K | | |
| 49.  -Deere (DE) | | | | | Sold | 04/23/14 | K | | |
| 50.  -Dendreon Corp (DNDN) | | | | | | | | | |
| 51.  -Donnelley (RRD) | | | | | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Reade, Linda R. | 08/01/2015 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 52. -Doubleline Inc (DSL) | | | | | Buy (add'l) | 03/06/14 | K | | |
| 53. -DuPont (DD) | | | | | Sold (part) | 01/07/14 | K | | |
| 54. | | | | | Sold | 04/14/14 | K | | |
| 55. -EMC | | | | | Sold | 01/07/14 | K | | |
| 56. -Enbridge Energy (EEP) | | | | | Buy | 09/09/14 | K | | |
| 57. -European Equity Fund (EEA) | | | | | Buy | 11/17/14 | K | | |
| 58. | | | | | Sold | 12/22/14 | K | | |
| 59. -Exact Sciences (EXAS) | | | | | Buy | 09/03/14 | K | | |
| 60. -Exxon Mobile (XOM) | | | | | | | | | |
| 61. -Ford Motor Co (F) | | | | | Sold | 04/14/14 | K | | |
| 62. -Gamestop (GME) | | | | | Buy | 07/14/14 | K | | |
| 63. -General Electric Co (GE) | | | | | | | | | |
| 64. -Goldman Sachs Group Inc(GS) | | | | | Sold | 03/04/14 | K | | |
| 65. -Graphic Packaging Hldg (GPK) | | | | | Buy | 11/13/14 | K | | |
| 66. -GSV Capital (GSVC) | | | | | | | | | |
| 67. -Hovnanian (HOV) | | | | | | | | | |
| 68. -Icahn Ent (IEP) | | | | | Buy | 04/28/14 | K | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Reade, Linda R. | 08/01/2015 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 69. -Intel (INTC) | | | | | | | | | |
| 70. -ITAU UNI Holding (ITUB) | | | | | Sold | 04/01/14 | J | | |
| 71. -JP Morgan Chase (JPM) | | | | | Buy | 04/11/14 | K | | |
| 72. -Jabil Circuit (JBL) | | | | | Sold (part) | 04/01/14 | K | | |
| 73. | | | | | Sold (part) | 08/14/14 | K | | |
| 74. | | | | | Sold | 12/19/14 | K | | |
| 75. -Jetblue (JBLU) | | | | | Sold | 02/25/14 | K | | |
| 76. -Kinder Morgan Energy (KMP) | | | | | Buy | 01/09/14 | K | | |
| 77. | | | | | Buy (add'l) | 02/24/14 | J | | |
| 78. | | | | | Sold (part) | 08/11/14 | K | | |
| 79. | | | | | Sold (part) | 08/14/14 | K | | |
| 80. | | | | | Sold | 12/18/14 | J | | |
| 81. | | | | | | | | | |
| 82. -Manulife Finan (MFC) | | | | | Sold | 04/01/14 | K | | |
| 83. -Matthews Pacific Tiger Fund | | | | | Sold | 12/30/14 | K | | |
| 84. -Metlife (MET) | | | | | | | | | |
| 85. -Microsoft (MSFT) | | | | | | | | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Reade, Linda R. | 08/01/2015 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 86. -Morgan Stanley (MS) | | | | | | | | | |
| 87. -Newmont Mining (NEM) | | | | | | | | | |
| 88. -Northwest Bankshares (NWBI) | | | | | Sold | 01/07/14 | J | | |
| 89. -NVIDIA (NVDA) | | | | | | | | | |
| 90. -Ovascience (OVAS) | | | | | Buy | 04/28/14 | K | | |
| 91. | | | | | Sold | 10/22/14 | K | | |
| 92. -Owens Illinois (OI) | | | | | Sold | 08/18/14 | K | | |
| 93. -Paragon Shipppng (PRGN) | | | | | | | | | |
| 94. -Pembina Pipeline (PBA) | | | | | Sold (part) | 01/09/14 | J | | |
| 95. -Pepsico (PEP) | | | | | Buy | 06/23/14 | K | | |
| 96. -Petroleo Brasileiro(PBR) | | | | | Sold | 01/08/14 | J | | |
| 97. -Pfizer (PFE) | | | | | | | | | |
| 98. -Pimco (PTY) | | | | | | | | | |
| 99. -Plasmatech (PTBI) formerly known as Access (ACCP) | | | | | | | | | |
| 100. -Potash Corp (POT) | | | | | Sold (part) | 03/25/14 | K | | |
| 101. | | | | | Sold | 08/14/14 | K | | |
| 102. -Principal Financial (PFG) | | | | | Buy (add'l) | 03/26/14 | K | | |

| | | | | |
|---|---|---|---|---|
| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Reade, Linda R. | 08/01/2015 |

## VII. INVESTMENTS and TRUSTS – income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 103. -Proctor & Gamble (PG) | | | | | | | | | |
| 104. -Renhe Commercial Hldg (RNHEF) | | | | | | | | | |
| 105. -Repligen Corp (RGEN) | | | | | Sold | 10/23/14 | K | | |
| 106. -Royal Dutch Shell (RDSA) | | | | | Sold | 02/28/14 | L | | |
| 107. -Science App. (SAIC) | | | | | Sold | 01/07/14 | J | | |
| 108. -Safe Bulkers (SB) | | | | | | | | | |
| 109. -Schlumberger (SLB) | | | | | Buy | 08/18/14 | L | | |
| 110. -Siemens AG (SI) | | | | | Sold | 02/24/14 | K | | |
| 111. -Sirius XM (Siri) | | | | | | | | | |
| 112. -Sodastream (SODA) | | | | | | | | | |
| 113. -Suntech Power (STP) | | | | | | | | | |
| 114. -Taser Intn'l (TASR) | | | | | Buy | 11/26/14 | K | | |
| 115. | | | | | Sold | 12/17/14 | K | | |
| 116. -Telecom Argentina SA (TCMFF) | | | | | | | | | |
| 117. -Teva Pharm Inds, LTd (TEVA) | | | | | Sold | 10/03/14 | L | | |
| 118. -Time | | | | | Spinoff (from line 120) | 06/06/14 | J | | |
| 119. | | | | | Sold | 09/19/14 | J | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Reade, Linda R. | 08/01/2015 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 120. -Time Warner (TWX) | | | | | Sold | 10/03/14 | K | | |
| 121. -Time Warner Cable (TWC) | | | | | Sold | 10/03/14 | K | | |
| 122. -Total SAADRF1 (TOT) | | | | | | | | | |
| 123. -Tsakos Energy (TNP) | | | | | | | | | |
| 124. -Vanguard Total World Stock (VT) | | | | | Sold | 01/08/14 | J | | |
| 125. -Veracyte Inc (VCYT) | | | | | | | | | |
| 126. -Verastem (VSTM) | | | | | Buy | 04/28/14 | K | | |
| 127. -Verizon Communications (VZ) | | | | | | | | | |
| 128. -VISA | | | | | | | | | |
| 129. -Vodafone (VOD) | | | | | | | | | |
| 130. -Wal-Mart DE CVSPN Adr F | | | | | Sold | 08/18/14 | K | | |
| 131. -Wells Fargo & Co | | | | | Sold | 04/14/14 | J | | |
| 132. -Yamana Gold Incoo (AVY) | | | | | | | | | |
| 133. McVean Trading and Investment | B | Int./Div. | K | T | | | | | |
| 134. Farm 1 Dallas Co., IA | C | Rent | M | W | | | | | |
| 135. Farm 3 Dallas Co. IA | D | | L | W | | | | | |
| 136. Farm 5 Adair Co, IA | E | Rent | N | W | | | | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Reade, Linda R. | 08/01/2015 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 137. Farm 7 Adair Co, IA | D | | L | W | | | | | |
| 138. Farm 10 Adair Co, IA | E | Rent | N | W | | | | | |
| 139. Farm 14 Adams Co, IA | E | Rent | M | W | | | | | |
| 140. Farm 15 Adams Co, IA | D | Rent | L | W | | | | | |
| 141. Farm 20 Decatur County, IA | B | Rent | J | W | | | | | |
| 142. Cincinnati Life Insurance Whole Life Policy | | None | M | T | | | | | |
| 143. Mineral Interest,Dallas County, IA | C | Royalty | J | T | | | | | |
| 144. Fidelity ExplorRoyalty Bowman Co, ND | C | Royalty | J | T | | | | | |
| 145. Ben Con Properties LLC Des Moines, IA | | None | M | U | | | | | |
| 146. Towne View Apartments, LTD, Des Moines, IA | | None | L | U | | | | | |
| 147. Phoenix-Tuson Ranch LLC | A | Int./Div. | K | T | | | | | |
| 148. Brokerage 1 | | | O | T | | | | | |
| 149. -Schwab money market | A | Interest | J | T | | | | | |
| 150. -American Airlines Grp (AAL) | A | Dividend | L | T | Buy (add'l) | 07/29/14 | J | | |
| 151. -At & T (T) | B | Dividend | K | T | | | | | |
| 152. -Blackstone (BX) | B | Dividend | K | T | Buy | 04/04/14 | K | | |
| 153. | | | | | Buy (add'l) | 04/08/14 | K | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Reade, Linda R. | 08/01/2015 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 154. -Cadence Pharm (CADX) | | None | | | Sold | 02/11/14 | J | B | |
| 155. -Carlyle Grp (CG) | | None | | | Buy | 04/07/14 | K | | |
| 156. | | | | | Sold | 04/29/14 | K | A | |
| 157. -Cliffs Natural Resources (CLF) | B | Dividend | J | T | Buy (add'l) | 01/15/14 | K | | |
| 158. | | | | | Buy | 01/21/14 | J | | |
| 159. | | | | | Sold (part) | 12/17/14 | J | A | |
| 160. -Crocs (CROX) | | None | J | T | | | | | |
| 161. -Flextronics Int (FLEX) | | None | K | T | Buy | 01/30/14 | K | | |
| 162. -Ford Motor (F) | | None | J | T | Buy | 11/17/14 | K | | |
| 163. -General Motors (GM) | A | Dividend | K | T | Buy | 02/18/14 | K | | |
| 164. | | | | | Buy (add'l) | 03/21/14 | J | | |
| 165. -GSVC Capital (GSVC) | | None | J | T | | | | | |
| 166. -Hatteras Financial (HTS) | A | Dividend | J | T | | | | | |
| 167. -Hollyfrontier Corp (HFC) | A | Dividend | | | Sold | 01/09/14 | K | C | |
| 168. | | | | | Buy | 01/27/14 | K | | |
| 169. | | | | | Sold | 03/12/14 | K | B | |
| 170. -Microchip Tech (MCHP) | A | Dividend | | | Buy | 02/27/14 | J | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Reade, Linda R. | 08/01/2015 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 171. | | | | | Sold | 12/29/14 | J | A | |
| 172. -Ovascience Inc (OVAS) | | None | L | T | Buy | 04/28/14 | K | | |
| 173. | | | | | Sold (part) | 12/17/14 | K | D | |
| 174. -Pimco Opp Fund (PTY) | A | Dividend | J | T | | | | | |
| 175. -Principal Finan (PFG) | A | Dividend | J | T | Buy | 03/24/14 | J | | |
| 176. -Ruby Tuesday (RT) | | None | J | T | | | | | |
| 177. -Seadrill (SDRL) | B | Dividend | J | T | Buy (add'l) | 11/21/14 | J | | |
| 178. -Sodastream Intntl (SODA) | | None | J | T | Buy (add'l) | 01/13/14 | J | | |
| 179. -Suncor Energy (SU) | A | Dividend | K | T | | | | | |
| 180. -Supervalue (SVU) | | None | | | Sold | 08/18/14 | K | B | |
| 181. -Total SA (TOT) | B | Dividend | K | T | Buy | 01/21/14 | K | | |
| 182. | | | | | Buy (add'l) | 03/12/14 | K | | |
| 183. -Vale SA ADR (VALE) | A | Dividend | J | T | | | | | |
| 184. -Veracyte (VCYT) | | None | J | T | Buy | 12/29/14 | J | | |
| 185. -Verastem (VSTM) | | None | K | T | Buy | 07/16/14 | K | | |
| 186. | | | | | Buy (add'l) | 12/23/14 | K | | |
| 187. Brokerage II | A | Int./Div. | L | T | | | | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Reade, Linda R. | 08/01/2015 |

## VII. INVESTMENTS and TRUSTS – income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 188.  -GSV Cap Corp | | None | J | T | | | | | |
| 189.  -Hovnanian Ent Inc | | None | J | T | | | | | |
| 190.  Brokerage III | | None | J | T | | | | | |
| 191.  -Microchip Tech | | None | | | Buy | 02/28/14 | J | | |
| 192. | | None | | | Sold | 12/23/14 | J | | |
| 193.  -Taser Int | | None | J | T | Buy | 12/23/14 | J | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Reade, Linda R. | 08/01/2015 |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of report.)*

Lines 135 and 137 ----the income is crops

Line 99--Access (ACCP) listed on last year's report has a name change to Plasmatech effective Nov 6, 2014

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signature: s/ **Linda R. Reade**

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILLFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544